IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF STORAGE UNIT 628 LOCATED AT 2757 MURFREESBORO ROAD, ANTIOCH, TENNESSEE | No. 17-MJ-4210 |

## ORDER

Upon motion of the United States to unseal the documents filed in this case, it is ORDERED that the documents filed in this case are hereby unsealed.

It is so ORDERED this ___ day of December 2017.

Alistair Newbern
United States Magistrate Judge